IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

FREDDIE LUIS ALICEA RAMOS

DEBTOR

CASE NO 19-02139/EAG

CHAPTER 13

### DEBTORS' MOTION REQUESTING APPOINTMENT OF "NEXT FRIEND" or "GUARDIAN AD LITEM" PURSUANT TO RULE 1004.1 FRBP

TO THE HONORABLE COURT:

**NOW COMES, FREDDIE LUIS ALICEA RAMOS**, the Debtor in the above captioned case, through the undersigned attorney, and very respectfully states, prays and requests as follows:

1. On April 17, 2019, the Debtor filed a *Voluntary Petition* under Chapter 13 of the Bankruptcy Code, 11 USC Sections 1301 el seq., in the above captioned case. Alejandro Oliveras Rivera, Esq., is the appointed interim Trustee, in the present case.

2. The Debtor is suffering from several medical conditions, and after the filing of the petition in this case his medical condition has worsen. He is impaired to appear at a 341 meeting and make rational decisions with respect to his financial responsibilities. *In re Sapp*, 2011 Bankr. LEXIX 2843, (USBC ED Mo.)

3. The Debtor's physical and medical condition does not allow him to personally appear at the 341 meeting of creditors scheduled for June 13, 2019 at 1:00pm to be held at the Ochoa Building in San Juan, Puerto Rico.

4. The Debtor respectfully submits that he is physically impaired as to be unable, after reasonable effort, to participate in person or telephone conference at a 341 meeting of creditors. *In re Sapp,* 2011 Bankr. LEXIS 2843, (USBC ED Mo.); *In re Myers,* 350 B.R. 760 (Bankr. N.D. Ohio 2006; Section 109 (h)(4), 11 USC Section 109(h)(4), 11 USC Section 109(h)(4); Rule 1004.1 of the Federal Rules of Bankruptcy Procedure.

Page -2 –
Motion Requesting to Conduct §341 Meeting
of Creditors by Interrogatory
Case no. 19-02139/EAG13

5. The Debtor respectfully requests this Honorable Court to appoint **Mr. Jan Carlos Alicea Morales, Debtor's son as "guardian ad litem"** pursuant to Rule 1004.1 FRBP, and that Mr. Jan Carlos Alicea Morales be allowed to represent the Debtor at the 341 meeting of creditors and in all bankruptcy proceedings, in the above captiones case.

**WHEREFORE,** the Debtors, respectfully requests this Honorable Court grant the present motion and issue an Order appointing **Mr. Jan Carlos Alicea Morales, Debtor's** son, as "next friend" or "guardian ad litem" pursuant to Rule 1004.1 FRBP, and that he be allowed to represent the Debtor at the 341 meeting of creditors and in all bankruptcy proceedings, in the above captioned case.

**NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

Page -3 –
Motion Requesting to Conduct §341 Meeting
of Creditors by Interrogatory
Case no. 19-02139/13EAG

**CERTIFICATE OF SERVICE:** I hereby certify that a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of the same to: the US Trustee's Office; the Chapter 13 Trustee Alejandro Oliveras Rivera, Esq., I also certify that a copy of this motion was sent via US Mail to Debtor Freddie Luis Alicea Ramos, C/O Jan Carlos Alicea Morales , HC1 Box 6512, Arroyo PR 00714; and to all creditors and parties in interest as per the attached master address list.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 27th day of May, 2019.

/s/Roberto Figueroa Carrasquillo
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR PETITIONERS
PO BOX 186 CAGUAS PR 00726
TEL. NO 787-744-7699 FAX. 787-746-5294
Email: rfigueroa@rfclawpr.com

```
Label Matrix for local noticing          US Bankruptcy Court District of PR        Banco Santander de PR
0104-2                                   Jose V Toledo Fed Bldg & US Courthouse    PO Box 326589
Case 19-02139-EAG13                      300 Recinto Sur Street, Room 109          San Juan, PR  00936-2589
District of Puerto Rico                  San Juan, PR 00901-1964
Ponce
Mon May 20 09:32:20 AST 2019

DTOP                                     (p)INTERNAL REVENUE SERVICE              Island Finance
PO Box 41269 Minillas Station            CENTRALIZED INSOLVENCY OPERATIONS         PO Box 71504
San Juan, PR  00940-1269                 PO BOX 7346                               San Juan, PR  00936-8604
                                         PHILADELPHIA PA 19101-7346

Midland Funding LLC                      POPULAR AUTO                              Popular Auto
PO Box 2011                              BANKRUPTCY DEPARTMENT                     PO Box 366818
Warren, MI  48090-2011                   PO BOX 366818                             San Juan, PR  00936-6818
                                         SAN JUAN PUERTO RICO 00936-6818

Quantum3 Group LLC                       Sears/Cbna                                Synchrony Bank
PO Box 788                               PO Box 6189                               c/o of PRA Receivables Management, LLC
Kirkland, WA  98083-0788                 Sioux Falls, SD 57117-6189                PO Box 41021
                                                                                   Norfolk, VA 23541-1021

ALEJANDRO OLIVERAS RIVERA                FREDDIE LUIS ALICEA RAMOS                 MONSITA LECAROZ ARRIBAS
ALEJANDRO OLIVERAS CHAPTER 13 TRUS       HC1 BOX 6512                              OFFICE OF THE US TRUSTEE (UST)
PO BOX 9024062                           ARROYO, PR 00714-9732                     OCHOA BUILDING
SAN JUAN, PR 00902-4062                                                            500 TANCA STREET  SUITE 301
                                                                                   SAN JUAN, PR 00901

ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue Service                 End of Label Matrix
PO Box 21126                             Mailable recipients    15
Philadelphia, PA  19114-0326             Bypassed recipients     0
                                         Total                  15
```