# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

**FREDDIE LUIS ALICEA RAMOS**   Case No.   **19-02139-EAG**

Chapter 13   Attorney Name:   **ROBERTO FIGUEROA CARRASQUILLO\***

## I. Appearances

| | | | |
|---|---|---|---|
| **Debtor** | [ ]Present | [X] Absent | |
| **Joint Debtor** | [ ]Present | [ ] Absent | |
| **Attorney for Debtor** | [X] Present | [ ] Absent | |

[ ] Prose

[X] Appearing:   Ada N Henriquez

**Date & Time:**   6/13/2019   1:00:00PM

[ ] R   [X] NR   LV:  0.00

[ ] This is debtor(s) 0 Bankruptcy filing.

**Creditors:**

**Banco Popular de P.R. by Mr. Miguel Rivera**

## II. Oath Administered
[ ] Yes   [X] No

## III. Plan

Date:   04/17/2019   Base:   $48,000.00   Payments 0 made out of   due.

Confirmation Hearing Date:   9/19/2019   9:30:00AM

Evidence of Pmt shown:

**Attorney's fees as per R. 2016(b)**

$3,000.00   -   $500.00   =   $2,500.00

## IV. Status of Meeting

[ ] Closed   [ ] Not Held   [ ] Held/Continued

[ ] Held/Not Closed

[X] Continued

Continued Date:   7/18/2019   1:00:00PM

Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**

**REPORT OF ACTION TAKEN**

**MEETING OF CREDITORS**

In re:

FREDDIE LUIS ALICEA RAMOS                          Case No.   19-02139-EAG

                           Chapter 13       Attorney Name:   ROBERTO FIGUEROA CARRASQUILLO*

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[ ] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | |
| [ ] Unfair discrimination | [ ] Tax returns missing |
| |   [ ] State - years |
| [ ] Fails disposable income | |
| [ ] Fails liquidation value test | |
| |   [ ] Federal - years |
| [ ] Insuarence quote | |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] DSO Recipient's Information | [ ] Monthly reports for the months |
| | |
| [ ] Evidence of being current with DSO | [ ] Public Liability Insurance |
| |   [ ] Premises |
| [ ] Evidence of income | [ ] Vehicle(s): |
| | [ ] Licenses issued by: |

# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

**FREDDIE LUIS ALICEA RAMOS**

Case No.  19-02139-EAG

Chapter 13     Attorney Name:  ROBERTO FIGUEROA CARRASQUILLO*

---

**Trustee's objection to confirmation**

[ ] Objection to Confirmation
[ ] Oral objection by creditor

**ACP: 3**

**Household size: 1**

On 05.27.2019 debtor filed Motion to inform requesting appointment of Guardian ad Litem, dkt. No. 10 that has not been adjudicated yet. Debtor absent from today's meeting.

I leave the below points that we found from a review of the case, so they may be addressed for the next meeting date.

Debtor has failed to commence the plan payments as required by 11 USC 1326(a)(1).

**FEASIBILITY, 11 USC §1325 (a)(6):**

a. Debtor has 3 vehicles, however, he only discloses transportation expenses for 85.00 monthly and no registration or maintenance fees have been listed.

b. Debtor has failed to commence the plan payments as required by 11 USC 1326(a)(1). His total scheduled income is $1,141.00 where $800 are from family support. Debtor is unemployed and pensioned with just $341.00. Plan payment is $800.00. He only has $341 to cover his expenses, where in Schedule J that is what he discloses. This figure is ridiculously small.

c. Plan is to pay IRS $48,000 debt: what were you working at to accumulate this debt?

**FAILS LIQUIDATION VALUE TEST, §1325(a)(4):**

Trustee will file an objection to exemption since debtor claims 2 vehicles under PRLA 4(a).

**OTHER:**

a. Provide retirement pay stub.

b. Provide evidence of family support of $800.00 monthly.

The following party(ies) object(s) confirmation:

# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

**In re:**

**FREDDIE LUIS ALICEA RAMOS**   **Case No.**   **19-02139-EAG**

**Chapter 13**   **Attorney Name:**   **ROBERTO FIGUEROA CARRASQUILLO***

| | |
|---|---|
| <u>s/Alejandro Oliveras</u> | **Date:**   06/13/2019 |
| **Trustee/Presiding Officer** | (Rev. 05/13) |