IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

FREDDIE LUIS ALICEA RAMOS

DEBTOR(S)

CASE NO. 19-02139-EAG

CHAPTER 13

**AMENDED DOCUMENT**

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period is: 3 years

2. The liquidation value of the estate is $: 375 (PV $435)

3. The general unsecured pool is $: 0

PLAN DATE: July 08, 2019        PLAN BASE: $62,400.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 9/11/2019

[ ] FAVORABLE        [X] UNFAVORABLE

1. [X] INSUFFICIENTLY FUNDED § 1325(b):

   Plan is insufficiently funded to pay secured and priority creditors.

2. [X] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

   a. Plan needs to disclosed liquidation value of $375.00 and present value of $435.00 in part 5.1 of the plan box #4. b. Plan does not comply with the best interest of unsecured creditors.

[X] OTHER:

   a. Plan provides to pay 6% variable interest on IRS' secured claim. In order to properly administer the plan, it has to be further specified the extent of the "variable" wording. Is the IRS going to amend the claim during the life of the plan to change the interest?

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

/s/ Pedro R Medina
Pedro R Medina

Atty: ROBERTO FIGUEROA

USDC #226614
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CM - SR