IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

FREDDIE LUIS ALICEA RAMOS

DEBTOR(S)

CASE NO. 19-02139-EAG

CHAPTER 13

**\*\*AMENDED DOCUMENT\*\***

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period is: 3 Years

2. The liquidation value of the estate is $: 375 (PV $435)

3. The general unsecured pool is $: 0.00

AMENDED PLAN DATE: September 26, 2019     PLAN BASE: $67,200.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 10/8/2019

[ ] FAVORABLE            [X] UNFAVORABLE

[X] OTHER:

In connection with provision in part 8.3 of the plan, Debtor has failed to indicate how any accrual for account of any fluctuation in interest will be paid and or managed after 5 years of the plan. Also, word plan in first sentence needs to be replaced by the word "claim".

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

/s/ Miriam Salwen Acosta
Miriam Salwen Acosta

Atty: ROBERTO FIGUEROA

USDC # 208910
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - EN